**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ABBEY PHOTOGRAPHERS, INC., | : | ECF Case |
| Plaintiff, | : | Case No. 1:18-cv-9717-VEC |
| -against- | : | |
| ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED, | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Abbey Photographers, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, in its entirety.

Dated: *February 5*, 2019

LIEBOWITZ LAW FIRM, PLLC

By: */s/Richard Liebowitz*
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorney for Plaintiff Abbey Photographers, Inc.*